**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
|    Rosa Scott, | ) | **Case No. 22-12773 SAH** |
| | ) | **Chapter 7** |
| | ) | |
|    Debtor. | ) | |

**AMENDED MOTION TO REOPEN CHAPTER 7 BANKRUPTCY AND REQUEST FOR LEAVE TO FILE CERTIFICATE OUT OF TIME WITH NOTICE OF OPPORTUNITY FOR HEARING**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your Rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the Unites States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, Oklahoma 73102, **no later than 14 days from the date of filing of this request for relief**. You should also mail a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing for further notice.

**The 14-day period includes 3 days allowed for mailing provided for in Rule 9006(f) Fed. R. Bankr. Pro.**

     **COMES NOW** the Debtor, Rosa Scott, by and through her attorney, Ann Mudd, hereby requests this Honorable Court to reopen her Chapter 7 Bankruptcy case and for leave of the Court to file her Financial Management Certificate out of time. The Debtor would show:

1. That on November 29, 2022, the Debtor filed her Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code.

2. That on March 31, 2023, the case was closed without the Court granting a Discharge due to the failure of the Debtor to file her Financial Management Certificate.

3. Debtor is requesting that the case be reopened and be granted leave of court to file her Financial Management Certificate out of time.

## **BRIEF IN SUPPORT**

The Debtor requests this Court enter an Order reopening her case. The Debtor requests leave of this Court to file her Financial Management Certificate out of time pursuant to 11 U.S.C. § 350 and Rule 5010 of the Federal Rules of Bankruptcy Procedure. Section 350 states that "a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the Debtor, or for other cause." In this case, the Debtor requests the Court reopen the case to allow the Debtor to file her Certificate and obtain a Discharge. Debtor did not complete and file her financial management certificate in a timely matter due to not receiving her certificate as she did not speak to a "live" counselor after she completed her online course. Debtor is not technically savy and didn't realize she was not finished. Debtor would additionally state that she does not believe it is necessary for a Trustee to be appointed to administer the case.

### *Conclusion*

Debtor completed her Financial Management class on August 13, 2024. Therefore, she will be entitled to a Discharge without undue delay.

**WHEREFORE**, the Debtor requests this Honorable Court to reopen the Chapter 7 Bankruptcy case and allow her leave of Court to file her Financial Certificate out of time.

Respectfully,

/s/ Ann Mudd
Ann Mudd OBA # 33982
CHRIS MUDD & ASSOC.PLLC.
3904 N.W. 23rd. Street
Oklahoma City, OK 73107
(405) 529-9377 (405) 842-4000-fax
chrismudd@chrismudd.com
Attorney for the Debtor

## CERTIFICATE OF MAILING

I certify that on 23rd day of August 2023, I electronically transmitted to the Clerk of the Bankruptcy Court using the ECF system for filing the above and foregoing document and it has been electronically transmitted to the parties listed below:

- **United States Trustee**   Ustpregion20.oc.ecf@usdoj.gov
- **Kevin M. Coffey**   kevin@harrisandcoffey.com, kelly@harrisandcoffey.com;kcoffey@ecf.axosfs.com;kevinmcoffey60@gmail.com

I further certify that on this on 23rd day of August 2023, the foregoing was mailed first class, postage pre-paid to all parties on the attached matrix of creditors.

Rosa Scott
2010 Leeds Lane
Norman, OK 73071

/s/ Ann Mudd
Ann Mudd