**Dated: October 3, 2024**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Rosa Scott** | ) | **Case No 22-12773 SAH** |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

### ORDER GRANTING DEBTOR'S AMENDED MOTION TO REOPEN CHAPTER 7 BANKRUPTCY AND REQUEST FOR LEAVE TO FILE CERTIFICATE OUT OF TIME

This matter comes on for consideration of the Debtor's Motion to Reopen the Chapter 7 Bankruptcy Case And Request For Leave To File Certificate Out of Time With Notice Of Opportunity Of Hearing With Brief In Support ("Motion"). Upon representation of Counsel for Debtor, the Motion was filed on August 26, 2024. The Motion was served on all parties of interest pursuant to Local Rule 9007 on August 26, 2024 and no objections have been filed with the Court within the time to object, which expired September 9, 2023. All findings of fact are based upon representation of counsel.

1. The above case shall be reopened to allow Debtor to file her second financial management class.

2. Debtor shall file her second financial management class no later than ten days (10) from the entry of this order.

3. Debtor's case shall be administratively closed without discharge if the second financial management certificate is not timely filed.

4. The above case shall not be assigned a Trustee to administer the case.

**IT IS THEREFORE ORDERED.**

**All findings of fact are based upon representation of counsel for Debtor.**

**The prevailing party will effectuate service of the order on all interested parties.**

###

APPROVED FOR ENTRY:

/s/ Ann Mudd
Ann Mudd, OBA #33982
Chris Mudd & Associates, PLLC
3904 NW 23rd Street
Oklahoma City, Oklahoma 73107
chrismudd@chrismudd.com
405-529-9377 - Telephone
405-842-4000 – Facsimile